**2006–0980. State ex rel. Alexander v. Russo.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1003. Barnett v. Timmer–Cooper.**
In Habeas Corpus. On petition for writ of habeas corpus of Jerome E. Barnett. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1004. Keaveney v. Parrott.**
In Habeas Corpus. On petition for writ of habeas corpus of Sean Keaveney. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents and would grant the writ.

LUNDBERG STRATTON, J., dissents and would order a return of the writ.

**2006–1012. Coverdale v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Brian A. Coverdale. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1013. State ex rel. Dingus v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Lawrence T. Dingus. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1027. Costilla v. Brunsman.**
In Habeas Corpus. On petition for writ of habeas corpus of Reynaldo Costilla. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2002–2241. State v. Monroe.**
Franklin C.P. No. 01CR04–2118. On motion to set execution date. Motion denied.

O'CONNOR, J., dissents and would set the execution date.

O'DONNELL, J., dissents and would defer ruling on the motion.

**2005–0202. State v. Hartsock.**
Lucas App. No. L–03–1215, 2004-Ohio-6905. On motion for stay pending appeal. Motion denied.

**2005–0394. Crew Soccer Stadium LLC v. Wilkins.**
Board of Tax Appeals, No. 2001–P–368. On joint motion to vacate the Board of Tax Appeals' decision and order and to remand the cause to the Tax Commissioner. Motion granted.

**2006–0269. Sutton v. Wheeling & Lake Erie Ry.**
Summit App. No. 22642, 2005-Ohio-6912. On joint motion to stay proceedings pending final settlement. On consideration of the joint motion to stay proceedings, the court sua sponte defers consideration of the jurisdictional memoranda in this cause. The parties shall inform the court within 60 days from the date of this entry of the status of the parties' settlement agreement.

MOYER, C.J., and O'DONNELL, J., dissent.